# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EVERGREEN ALLIANCE GOLF LIMITED LP** d/b/a
**WESTON HILLS COUNTRY CLUB,** and **ERIC VAN HOFEN,**
Appellants,

v.

**MICHELLE SPENCER YOUNG,**
Appellee.

No. 4D21-1130

---

**EVERGREEN ALLIANCE GOLF LIMITED LP** d/b/a
**WESTON HILLS COUNTRY CLUB,** and **ERIC VAN HOFEN,**
Appellants,

v.

**KRISTINA P. ROJAS,**
Appellee.

No. 4D21-1342

[March 31, 2022]

Consolidated appeals of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge, L.T. Case No. CACE20-021822A and John B. Bowman, Judge, L.T. Case No. CACE20-021831A.

Rocio Blanco Garcia and Sherril M. Colombo of Littler Mendelson, P.C., Miami, for appellants.

Scott M. Behren of Behren Law Firm, Weston, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and LEVINE, JJ., concur.

*      *      *

*Not final until disposition of timely filed motion for rehearing.*